# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

NICHOLL JACKSON, AN INCAPACITATED PERSON BY HER COURT APPOINTED CO-GUARDIANS, ARLENE HINKLE AND THERESA CAINES,

    Petitioners

    v.

ALLEGHENY VALLEY SCHOOL,

    Respondent

: No. 17 EAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 4th day of May, 2016, the Petition for Allowance of Appeal and Application for Leave to File Reply to Answer to Petition for Allowance of Appeal are **DENIED**.

  Justice Wecht did not participate in the consideration or decision of this matter.